FILED - MQ
January 8, 2021 10:04 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mlc  SCANNED BY: / /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE A. RUCINSKI,

    Defendant.

2:21-cr-1
Hala Y. Jarbou - U.S. District Judge

**CLASS A MISDEMEANOR INFORMATION**

The United States Attorney charges:

**(Assaulting, Resisting, or Impeding a Federal Officer)**

On or about January 7, 2021, in Dickinson County, in the Northern Division of the Western District of Michigan, the defendant,

**KYLE A. RUCINSKI,**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jeffery R. Forsberg, a federal law enforcement officer, while said officer was engaged in the performance of his official duties.

**18 U.S.C. § 111(a)(1)**

ANDREW BYERLY BIRGE
United States Attorney

Date: January 7, 2021

PAUL D. LOCHNER
Assistant United States Attorney